LAW OFFICES OF GUSTAVO PEÑA
Gustavo Peña (SBN: 168725)
39675 Cedar Blvd., Suite 295A
Newark, California 94560
Telephone: (510) 661-9361
Facsimile: (510) 661-9301

Attorneys for Plaintiff
JAIME GARCIA

SEYFARTH SHAW LLP
Carolyn A. Knox (SBN: 181317)
Robin M. Cleary (SBN: 192489)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and CORT FURNITURE RENTAL LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, CORT FURNITURE RENTAL LONG TERM DISABILITY PLAN AND DOES 1 - 10,<br><br>　　　　　Defendants. | Case No. C 05-00157 FMS<br><br>**MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO ENGAGE IN ALTERNATIVE DISPUTE RESOLUTION** |

　　　　Pursuant to Local Rule 6-5, Plaintiff Jaime Garcia ( "Plaintiff" ) and Defendants Life Insurance Company of North America ("LINA") and Cort Furniture Rental Long Term Disability Plan hereby stipulate and request that the Court extend the deadline for the parties to complete mediation from November 30, 2005 to January 11, 2005. The parties have scheduled a January 11, 2006 mediation with the ADR Program's assigned mediator, R. Bradford Huss, Esq.

　　　　Good cause exists to extend this deadline. The LINA representative for the western United States has no further availability during the months of November and December 2005,

1  due to previously scheduled mediations. Moreover, the parties are actively engaged in informal
2  settlement discussions and are optimistic that they can resolve this litigation without formal
3  mediation. The requested extension of time will allow the parties sufficient time to settle their
4  dispute informally, without expending additional resources preparing for mediation.
5      Extending the mediation deadline will not affect the schedule of the case.

6  DATED: November 9, 2005　　　　　　LAW OFFICES OF GUSTAVO PEÑA

7
8  　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　Gustavo Peña
9  　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　JAIME GARCIA
10
11 DATED: November 10, 2005　　　　　　SEYFARTH SHAW LLP
12
13 　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　Carolyn A. Knox
14 　　　　　　　　　　　　　　　　　　　　　Robin M. Cleary
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
15 　　　　　　　　　　　　　　　　　　LIFE INSURANCE COMPANY OF
　　　　　　　　　　　　　　　　　　NORTH AMERICA and CORT
16 　　　　　　　　　　　　　　　　　　FURNITURE RENTAL LONG TERM
　　　　　　　　　　　　　　　　　　DISABILITY PLAN
17

18 　　**IT IS SO ORDERED** that the deadline for mediation of this matter is extended to
19 January 11, 2006.

20 DATED: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Susan Illston

**IT IS SO ORDERED**
Judge Susan Illston
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

SF1 28223747.1

2

Motion and [Proposed] Order to Extend Time to Complete ADR / Case No. C 05-00157 SI