LAW OFFICES OF GUSTAVO PEÑA
Gustavo Peña (SBN: 168725)
39675 Cedar Blvd., Suite 295A
Newark, California 94560
Telephone: (510) 661-9361
Facsimile: (510) 661-9301

Attorneys for Plaintiff
JAIME GARCIA

SEYFARTH SHAW LLP
Carolyn A. Knox (SBN: 181317)
Robin M. Hardy (SBN: 192489)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and
CORT FURNITURE RENTAL LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, CORT FURNITURE RENTAL LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. C 05-00157 SI<br><br>**STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED.R.CIV.P 41(a) AND [PROPOSED] ORDER** |

    Plaintiff Jaime Garcia and Defendants Cort Furniture Rental Long Term Disability Plan and Life Insurance Company of North America have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

/ / /

/ / /

/ / /

1

1  The parties seek the Court's approval of dismissal of this action with prejudice through
2  the order listed *infra*.
3  DATED: January 19, 2006           LAW OFFICES OF GUSTAVO PEÑA
4
5                                     By _____
6                                        Gustavo Peña
7                                     Attorney for Plaintiff
                                       JAIME GARCIA
8
9  DATED: January 19, 2006           SEYFARTH SHAW LLP
10
11                                    By _____
12                                       Carolyn A. Knox
                                         Robin M. Hardy
13                                    Attorneys for Defendants
                                       LIFE INSURANCE COMPANY OF
14                                     NORTH AMERICA and CORT
                                       FURNITURE RENTAL LONG TERM
15                                     DISABILITY PLAN
16  IT IS SO ORDERED.
17
18  DATED: _____
                                       The Honorable Susan Illston
19                                     United States District Court Judge
20  SFI 28228275.1

**IT IS SO ORDERED**
Judge Susan Illston
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA